```
UNITED STATES DISTRICT COURT                           C/M
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
CHE WADE,                                               :
                                                        :
                                                        :
                        Plaintiff,                      :   ORDER
            - against -                                 :
                                                        :   15-cv-6542 (BMC)
                                                        :
CITY OF NEW YORK; ORLEN                                 :
ZAMBRANO; MICHAEL WEBER; and                            :
MICHAEL PARKS,                                          :
                                                        :
                        Defendants.                     :
                                                        :
------------------------------------------------------- X
```

**COGAN**, District Judge.

On April 17, 2017, the Court dismissed this case, subject to reinstatement at the request of any party within 30 days, when defendants advised the Court that the parties had reached a settlement agreement. By letter dated May 13, 2017, plaintiff moved to reinstate this case. Because plaintiff filed his motion within the requisite time period, the Court vacates its April 14, 2017 Order dismissing this action. The Clerk of Court is directed to reinstate this action.

Defendants had previously moved to enforce an alleged settlement agreement, which I denied because plaintiff had not moved to reopen the case. Now that the case has been reinstated, so is defendants' motion to enforce the alleged settlement. Defendants are directed to submit any evidentiary support for their contention that the parties reached an oral settlement agreement, including an affidavit of counsel attesting to his conversations with plaintiff regarding a settlement agreement. They must do so by May 29, 2017. Plaintiff will have until

June 12, 2017 to submit any affidavits, exhibits, or legal argument showing that a settlement agreement was not reached.

**SO ORDERED**.

                                                                                              U.S.D.J.

Dated: Brooklyn, New York
       May 18, 2017